# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM GORDON III, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | No. 14-7071 |
| v. | : | |
| | : | |
| JACK SOMMERS, et al., | : | |
|     Respondents. | : | |

## ORDER

**AND NOW,** this ____28th____ day of June, 2016, upon careful and independent consideration of the petition for writ of habeas corpus and the parties' briefs, and after review of United States Magistrate Judge Elizabeth T. Hey's Report and Recommendation and Petitioner's objections to the Report and Recommendation, it is **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for writ of habeas corpus is **DENIED** and **DISMISSED**.

4. There is no basis for the issuance of a certificate of appealability.[1]

                                            s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to:

---

[1] A certificate of appealability is granted only if the petitioner shows "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also United States v. Doe*, 810 F.3d 132, 144 (3d Cir. 2015). Gordon has not made such a showing.